# Exhibit 2



**From:** **Yesh Music Licensing** contact@yeshmusic.com
**Subject:** License
**Date:** May 18, 2020 at 11:01 PM
**To:** menslacrosse@tufts.edu

Hello,

we noticed Tufts Lacrosse is displaying video content paired with the music of The American Dollar, whom we represent. We do not have any record of granting a license for these pieces, we request that you kindly forward your license information for the use of their music to our email address: contact@yeshmusic.com

Thank You,
Yesh Music Licensing